```
USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 02/16/2016
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

L'OREAL USA, INC; L'OREAL CREATIVE USA, INC.; and L'OREAL USA CREATIVE, INC.,

                Plaintiffs,

v.

COMPLETE SKIN CARE LLC and ROBIN MILATA a/k/a ROBIN MYERS,

                Defendants.

No. 15-CV-9412 (RA)

ORDER

---

RONNIE ABRAMS, United States District Judge:

    The parties have reported to the Court that this case has been settled. Accordingly, it is hereby:

    ORDERED that the above-captioned action is discontinued without costs to any party and without prejudice to restoring the action to this Court's docket if the application to restore the action is made within thirty (30) days. If the parties seek to have the Court retain jurisdiction to enforce a settlement agreement, the terms of the agreement must be placed on the public record before the dismissal is finalized.

SO ORDERED.

Dated:    February 16, 2016
             New York, New York

                                          Ronnie Abrams
                                          United States District Judge